1  CRAIG P. FAGAN, State Bar No. 149556
   **LAW OFFICES OF CRAIG P. FAGAN**
2  3505 Camino Del Rio South, Suite 250
   San Diego, California 92108
3  Telephone: (619) 528-9600, Facsimile: (619) 528-9675
   email: cpfagan@faganlegal.com
4  Attorneys for all Plaintiffs

5  Robert Panman, State Bar No. 198411
   **MURCHISON & CUMMING, LLP.**
6  801 South Grand Avenue, 9th Floor
   Los Angeles, CA 90017-4613
7  Telephone: (213) 623-7400, Facsimile: (213) 623-6336
   email: rpanman@murchisonlaw.com
8  Attorneys for Defendants Diversified Real Property Management
   and Business Services, Inc. and Holiday Harbor II HOA
9
   J. Flores Valdez, State Bar No. 177675
10 **BUNAGAN, MARAPAO & ASSOCIATES**
   3540 Wilshire Blvd., Suite PH1
11 Los Angeles, CA 90010
   Telephone: (213) 381-5740, Facsimile: (213) 381-7280
12 email: jfv.bmvlaw@att.net
   Attorneys for Defendants Jose V. Lopez and Jesus Lopez
13

14                    UNITED STATES DISTRICT COURT

15                   CENTRAL DISTRICT OF CALIFORNIA

16

17 MARIA GONZALEZ, JANNET CAMPOS,  )    No. SACV09-718 PA (RNBx)
   J.C., a minor, by and through his )
18 GUARDIAN AD LITEM, JANNET        )    **JOINT REPORT OF EARLY**
   CAMPOS; A.C., a minor, by and through )  **MEETING OF COUNSEL**
19 her GUARDIAN AD LITEM, JANNET    )    **PURSUANT TO FRCP RULE 26(F)**
   CAMPOS                           )    _____
20                                  )
          Plaintiffs,               )
21                                  )
       v.                           )
22                                  )
   DIVERSIFIED REAL PROPERTY        )
23 MANAGEMENT AND BUSINESS          )
   SERVICES, INC., A California      )
24 Corporation, HOLIDAY HARBOR II   )
   HOMEOWNERS ASSOCIATION, A        )
25 California Corporation; JESUS LOPEZ, )
   JOSE V. LOPEZ, , and DOES 1 -10, )
26 Inclusive,                       )
                                    )
27      Defendants                  )

28

                                                                         1

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, and Local Rule 26-1, on October 19, 2009, the parties in the above-entitled action met, by and through their respective attorneys of record, for the Federal Rules of Civil Procedure Rule 26(f) Conference. Craig P. Fagan was present for the plaintiffs MARIA GONZALEZ, JANNET CAMPOS, and minor Plaintiffs, J.C. and A.C. Robert Panman of Murchison & Cumming, LLP., was present for defendants DIVERSIFIED REAL PROPERTY MANAGEMENT AND BUSINESS SERVICES, INC. and HOLIDAY HARBOR II HOMEOWNERS ASSOCIATION. J. Flores Valdez of Bunagan, Marapao & Associates, LLP, was present for defendants JOSE V. LOPEZ and JESUS LOPEZ. After conferring, the parties suggest a discovery period of 200 days, with the remaining scheduling dates in conformance with Local Rules.

1. <u>Changes Re Disclosures</u>. The parties do not request any changes made in the timing, form, or requirement for disclosures under Rule 26(a) of the Federal Rules of Civil Procedure.

2. <u>Discovery Subjects</u>. The subjects of discovery will focus on plaintiffs' claims, defendants' affirmative defenses, and damages claimed by plaintiffs.

The parties anticipate that the discovery will proceed as follows: first, there will be an exchange of written discovery, followed by depositions of the parties and witnesses identified in response to interrogatories and as part of the initial disclosures. The parties anticipate that there may be more than ten depositions conducted per side. Subsequent to the depositions of the parties and identified witnesses, the parties will seek to depose any experts identified in this case. The parties reserve the right to conduct additional written and deposition discovery.

3.   <u>Discovery Cut-Off Date</u>. .  As set forth above, the parties request a discovery period of two hundred days, terminating on **May 7, 2010.**

4.   <u>Expert Discovery Cut-Off Date</u>.  The parties request an expert discovery period terminating on **June 7, 2010.**

5.   <u>Amending the Pleadings and Adding Parties</u>.  The date for filing motions to amend the pleadings or to add parties shall be shall be **February 8, 2010.**

6.   <u>Fed.R.Civ.P. 26(a)(2) Disclosures (Experts)</u>.  The last date for disclosure concerning experts in conformity with Rule 26(a)(2) of the Federal Rules of Civil Procedure, shall be **March 7, 2010.**  The last date for disclosures respecting rebuttal experts shall be **April  7, 2010.**

7.   <u>Dispositive Motions</u>.  All parties anticipate filing dispositive motions.  The late date for filing dispositive motions shall be thirty (30) days after the discovery cut-off; accordingly, the last date on which to file a dispositive motion shall be **June 7, 2010.**

8.   <u>Service of Papers by Facsimile or email</u>: The parties agree that service by fax transmission or email is permitted in place of personal service or service by U.S. Mail.

9.   <u>Pretrial Order</u>.  The joint pretrial order shall be filed thirty (30) days after the date for filing dispositive motions, which shall be **July 7, 2010.**  In the event that dispositive motions are filed and orders thereon are still pending as of **July 7, 2010,** the date for filing a joint pretrial order shall be suspended until the later of **July 21, 2010** or

thirty (30) days after decision of dispositive motions or further order of the Court.

     9.    <u>Fed.R.Civ.P. 26(a)(3) Disclosures</u>.  Unless the Court so orders, the disclosures required by Fed.R.Civ.P. 26(a)(3) and any objections thereto shall be included in the joint pretrial order.

     10.    <u>Complex Cases</u>.  This action is not sufficiently complex for utilization of all or part of the Manual for Complex Litigation.

     11.    <u>Initial Disclosures</u>.  The parties shall comply with the initial disclosure requirements of Fed.R.Civ.P. 26(a)(1)(A-D) on or before **November 20, 2009**.

     12.    <u>Settlement Procedures</u>.  Defendants have suggested early settlement discussions.  Plaintiff is not opposed, but would like to conduct discovery before conducting settlement procedures.

     13.    <u>Trial Estimate</u>.  The parties preliminarily estimate the length of trial to be 5-7 days.

     14.    <u>Pre-Trial Conference</u>.  The parties request a pre-trial conference of **September 3, 2010**.

     15.    <u>Trial Date</u>.  The parties request a trial date of **September 18, 2010**.

     16.    <u>Electronically Stored Information</u>.  The parties perceive no issues relating to disclosure or discovery of electronically stored information, including the form or forms in which it should be produced.

17. **Phases of Discovery.**   The parties perceive of no need to conduct discovery in phases, or to limit or to focus discovery.

18. **Discovery on all Issues.**  Discovery is required on all issues in the case, including allegations of the Complaint and defendants' answer and affirmative defenses.

19. **Privileges.**   At present, the parties perceive no privilege-related issues.

Dated: **LAW OFFICES OF CRAIG P. FAGAN**

By:_____
Craig P. Fagan
Attorneys for all Plaintiffs

Dated: **MURCHISON & CUMMING, LTD.**

By:_____
Robert Panman
Attorneys for Defendants Diversified Real
Property Management and Business
Services, Inc. and Holiday Harbor II
Homeowners Association

17.   Phases of Discovery.   The parties perceive of no need to conduct discovery in phases, or to limit or to focus discovery.

18.   Discovery on all Issues.   Discovery is required on all issues in the case, including allegations of the Complaint and defendants' answer and affirmative defenses.

19.   Privileges.   At present, the parties perceive no privilege-related issues.

Dated: 10-20-05                                LAW OFFICES OF CRAIG P. FAGAN

                                               By:
                                               Craig P. Fagan
                                               Attorneys for all Plaintiffs

Dated: Oct-19, 2009                            MURCHISON & CUMMING, LTD.

                                               By:
                                               Robert Panman
                                               Attorneys for Defendants Diversified Real
                                               Property Management and Business
                                               Services, Inc. and Holiday Harbor II
                                               Homeowners Association



Dated: 10/19/09

BUNAGAN, MARAPAO &
ASSOCIATES, LLP

By:
J. Flores Valdez
Attorneys for Defendants Jose V. Lopez
and Jesus Lopez

Joint Report of Early Meeting of Counsel Pursuant to Rule 26(f)

6