JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GONZALEZ, JANNET CAMPOS, J.C., a minor, by and through his GUARDIAN AD LITEM, JANNET CAMPOS; A.C., a minor, by and through her GUARDIAN AD LITEM, JANNET CAMPOS<br><br>Plaintiffs,<br><br>v.<br><br>DIVERSIFIED REAL PROPERTY MANAGEMENT AND BUSINESS SERVICES, INC., A California Corporation, HOLIDAY HARBOR II HOMEOWNERS ASSOCIATION, A California Corporation; JESUS LOPEZ, JOSE V. LOPEZ, , and DOES 1 -10, Inclusive,<br><br>Defendants.<br>_____ | No. SACV09-718 PA (RNBx)<br><br>**ORDER**<br>_____<br><br>Judge:     Hon. Percy Anderson<br>Dept.:     15 |

It is hereby Ordered that the Stipulation for Dismissal filed by the parties in this action is hereby approved.

Dated: April 21, 2010

_____
United States District Judge

---
Stipulation of Dismissal                                                                                              1